# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Stewart Abramson

                        Plaintiff,

v.                                                         Case No.: 1:19−cv−03711
                                                                  Honorable Sara L. Ellis

Chicago Insurance Agency, Inc., et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, June 16, 2020:

        MINUTE entry before the Honorable Sara L. Ellis: Pursuant to notice of dismissal [89] Connected Marketing, LLC is dismissed without prejudice. Mailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.