# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| **Abramson**, Plaintiff(s), v. Connected Marketing, Defendant(s). | Case No. 19-cv-3711<br>Judge Sara L. Ellis |

## ORDER

The Court grants Plaintiff's motion to transfer venue [91] and transfer venue to the W.D. of Pennsylvania, Pittsburgh Division, pursuant to 28 USC 1404(a). The Court denies Defendant Prossen Agency's motion for extension of time to file response/reply as to motion to transfer case [92] because the Court dismissed Defendants Prossen Agency and Wallen on a jurisdictional basis without prejudice, allowing Plaintiff to file suit against them in a jurisdiction where Defendants would be subject to personal jurisdiction.

Date: 6/23/2020          /s/ Sara L. Ellis